Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Ft. Myers Division

STANLEY B. DANIELS
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-  Hendry County Jail and Staff

(SHERIFF) (MAJOR) (DOCTOR)
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:25-cv-956-KCD-DNF
(to be filled in by the Clerk's Office)

Legal Mail
[illegible]
OCT 17 2025
Dade C.I.
S.D.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: STANLEY B. DANIELS
   All other names by which you have been known:
   ID Number:
   Current Institution:
   Address:

           City    State    Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: MAJOR
   Job or Title *(if known)*: MAJOR OF Hendry County Jail
   Shield Number:
   Employer:
   Address:

       City    State: Florida    Zip Code

   ☐ Individual capacity  ☐ Official capacity

   Defendant No. 2
   Name:
   Job or Title *(if known)*: Sheriff of Hendry County
   Shield Number:
   Employer:
   Address:

       City    State: Florida    Zip Code

   ☐ Individual capacity  ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: DOCTOR
  Job or Title (if known): HEAd DocTOR Hendry County Jail.
  Shield Number:
  Employer:
  Address:
  City: _____  State: Florida  Zip Code: _____
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Shield Number:
  Employer:
  Address:
  City: _____  State: _____  Zip Code: _____
  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. ConsTiTuTionAL ViolATions 5th 6th 8th 14th.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1. Major - Allowed a broken table to stay in County Jail
2. Sheriff - Knew about broken table and didn't repair it.
3. Doctor - Offered no medical treatment only Advice.
4. The Plaintiff is requesting relief after so much pain.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Hendry County Jail
This Incident occurred in County Jail.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

County Jail Incident. See Attachment Page 1

C. What date and approximate time did the events giving rise to your claim(s) occur?

June 21st 2023 Hendry County Jail.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE Attachments
I was trying to write a letter, Table Collapsed.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No medical treatment from Head Doctor or Nurse, my Back Hurt, my Neck, my Toe my Shoulder was all Hurt during this Incident Please show Relief.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pay for my Injuries and my Pain $100.000

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Hendry County Jail P.O. Box 579, Labelle Florida*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Hendry County

2. What did you claim in your grievance?

   Pain/Suffering / Back and Neck stiff pain.

3. What was the result, if any?

   No Result that why I'm filing this 1983

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   None because transfer to D.O.C.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

*I was moved to Miami and couldn't file from Doc.*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*From County Jail to prison, altered that process*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*The Sheriff and Major knew Table was Broken.*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __Stanley B. Daniels__
   Defendant(s) __Sheriff / Major / Head Doctor__

2. Court *(if federal court, name the district; if state court, name the county and State)*
   __Middle District, Ft. Myers Fla. 1983 filed__

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. __/__

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __Dismissed without Prejudice, to Refile Please see__

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   __Yes I've filed this same motion, but it was dismissed without prejudice. I have paid money for this petition can you please acknowledge my payments.__

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _Same_
   Defendant(s) _Same_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Dismissed

   Dismiss without Prejudice. Also I have paid on this petition, please tell me how much I still owe.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff  _____
Printed Name of Plaintiff  *STANLEY B. DANIELS*
Prison Identification # _____
Prison Address  *19000 S.W. 377th St*
*Florida City*     *Florida*   *33034*
  City           State     Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
  City           State     Zip Code
Telephone Number  _____
E-mail Address  _____

U.S.D.C. Middle Dist. Ft. Myers

Stanley B. Daniels Attachment 1983

4, Page
1, D,

In this instant case there is a cell with a desk with a pull out stool, when I tried to sit at this desk to write, the whole desk came off the wall and flipped me on my back and landed on me. Hurting me. The desk and stool was not secured to the wall, that is what happened. When the deputy saw what happened he came running and telling me to lay still and not go to sleep because I might of had an concussion. I was escorted from the jail to the hospital by medical techs from the ambulance because there was no medical staff at Hendry County Jail at the time of this accident/incident that the Hendry County Sheriff caused by not securing desk to the wall. Step-2, when I bonded out I went to my personal doctor who informed me after we talked to set a M.R.I. performed, the M.R.I. showed that I had a cracked disk in my back, a major fracture in my left shoulder, And then my doctor Mr. Lazar ordered me to go to the Spine and Orthopedic Clinic. I was given shots to my shoulder and a Class A narcotic for my back pain. The orthopedic surgeon recommended that I have a screw surgically implanted in my back. I'm having serious back pain from no actions of my own. If the Sheriff would have ordered the Major to fix the desk I would not have these issues. The County Jail is to blame for my pain and suffering. I have already paid $____ of my fee because I truly believe that the Hendry County Sheriff be held accountable for negligence of a entity that is directly under his authority. The Doctor in Hendry County is guilty of malpractice according to Biple -v- USA 306.U.S.401 Knowingly giving false information to a person under

USDC-V-

STANLEY B. DANIELS

his medical authority. The Major should have fix the broken Desk or Informed the Inmates At Hendry County Jail not to use that Particular Desk and Stool, but because there was no Sign Informing me that the desk was unoperable, but now, I must deal with this pain that was no fault of mine. The nature of Relief is for this Honorable Court to order Hendry County Sheriff to Pay Plaintiff $100.000 for his Pain because this Incident was no fault of his.

```
IBSR140 (74)                      FLORIDA DEPARTMENT OF CORRECTIONS                    10/02/25
                                     TRUST FUND ACCOUNT STATEMENT                      11:25:47
                                      FACILITY: 463 - DADE C.I.                        PAGE  422
                                       FOR: 09/01/2025 - 10/02/2025

ACCT NAME: DANIELS, STANLEY B.           ACCT#: 942911
      BED: C2137S                         TYPE: INMATE TRUST
   PO BOX:

                                                                BEGINNING BALANCE 09/01/25       $28.03

          POSTED                      REFERENCE
          DATE    NBR   TYPE          NUMBER       FAC   REMITTER/PAYEE        +/-   AMOUNT      BALANCE
          ------- ---   -----------   ---------    ---   --------------        ---   --------    --------
          09/01/25 159 PROCESSING FEE WEEKLY DRAW  000                          -     $0.69      $27.34
          09/05/25 210 TYLER DEPOSIT  228769686    000   Daniels, Yareeta       +   $100.00     $127.34
          09/05/25 211 LIEN PAYMENT   090525210614 000                          -    $20.00     $107.34
                       FED PRISON LITI - 03/24/2025      225CV26SPCNP
          09/12/25 083 CANTEEN SALES  46320250911  000                          -    $28.46      $78.88
          09/15/25 085 CANTEEN SALES  46320250914  000                          -    $23.41      $55.47
          09/15/25 159 PROCESSING FEE WEEKLY DRAW  000                          -     $0.52      $54.95
          09/17/25 085 CANTEEN SALES  46320250916  000                          -     $1.29      $53.66
          09/19/25 085 CANTEEN SALES  46320250918  000                          -    $22.99      $30.67
          09/21/25 085 CANTEEN SALES  46320250920  000                          -     $3.23      $27.44
          09/22/25 157 PROCESSING FEE WEEKLY DRAW  000                          -     $0.28      $27.16
          09/28/25 085 CANTEEN SALES  46320250927  000                          -     $3.24      $23.92
          09/28/25 215 TYLER DEPOSIT  232523882    000   Daniels, Yareeta       +    $50.00      $73.92
          09/29/25 085 CANTEEN SALES  46320250928  000                          -     $8.51      $65.41
          09/29/25 157 PROCESSING FEE WEEKLY DRAW  000                          -     $0.12      $65.29
          09/29/25 216 LIEN PAYMENT   092925215202 000                          -    $10.00      $55.29
                       FED PRISON LITI - 03/24/2025      225CV26SPCNP
          10/01/25 085 CANTEEN SALES  46320250930  000                          -     $4.83      $50.46
          10/02/25 085 CANTEEN SALES  46320251001  000                          -    $15.50      $34.96

                                                                ENDING BALANCE 10/02/25          $34.96

LIEN                                  LIEN      AMOUNT      AMOUNT
DATE      TYPE OF LIEN                FACL      OF LIEN     STILL OWED
-------   ------------                ----      --------    ----------
SUMMARY   FEDERAL PRISON LITIGATION              $350.00      $214.00
```